■ BESSIE CARLIN v. LIKE-NU FURS, INC.— Application denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ 900 FIFTH AVENUE CORPORATION v. A. P. HIRSCH et al.— Motion for leave to appeal to the Court of Appeals denied, with $50 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.